**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT COURT OF OREGON**
**PORTLAND DIVISION**

| | |
|---|---|
| **JUSTIN BURLEY-BEAVERS,** | * |
| **Plaintiff,** | * |
| v. | *  Case No. 3:24-CV-00299-HZ |
| **PLAID PANTRIES, INC.,** | * |
| **Defendant.** | * |

Pursuant to Federal Rule of Civil Procedure 41 and Local Rule 41, Plaintiff hereby notifies the Court that the parties stipulate to, and request that the Court enter, an order of dismissal of this action.

IT IS SO STIPULATED this <u>July 9, 2024</u>.

/s/ Jessica Molligan  
Jessica Molligan, OSB #001823  
Attorney for Plaintiff  
Email: jessicamolligan@comcast.net  
PO Box 16893  
Portland, OR 97292  

/s/ Jill Gibson  
Jill Gibson, OSB #973581  
Attorney for Defendant  
Email: jill@gibsonp-c.com  
Gibson PC  
4248 Galewood St.  
Lake Oswego, OR  97035